APPEAL by defendants from a judgment in favor of plaintiff entered upon the verdict of a jury and from an order denying a new trial.

The action was brought by Jane Welsh and another against Fergus Cochran and others to recover the value of personal property seized in bankrupt proceedings against George Welsh and another.

*A. C. & M. H. Ellis*, for appellants.

*Oscar Frisbie*, for respondents.

BARNARD, P. J.

The head-note fully states all the points passed upon in the opinion.

*Judgment affirmed.*

---

## MOHRMAN V. BUSH.

*Judgment — irregular where due notice of trial not given.*

In an action to foreclose a mortgage which was referred defendant received only two days' notice of the hearing before the referee. He did not appear and a judgment was rendered of foreclosure and sale, and that defendant was liable for any deficiency thereon. *Held*, that the judgment was irregular. Defendant was entitled to fourteen days' notice, unless he waived it, and this right was not affected by the character of his defense.

APPEAL by defendant Bush from an order at special term denying appellant's motion to vacate the judgment.

The action was brought by Mary Mohrman against Edwin G. Bush and others to foreclose a mortgage.

BARNARD, P. J.

The head-note states fully the only question passed upon in the opinion.

*Order reversed.*